ACCEPTED
04-16-00391-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/5/2016 3:16:54 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 2016CR2819

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | FILED IN |
| | § | 4th COURT OF APPEALS |
| **VS.** | § | **187TH JUDICIAL DISTRICT** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/05/16 3:16:54 PM
KEITH HOTTLE
Clerk

**THE STATE OF TEXAS** § **IN THE DISTRICT COURT**

§

**VS.** § **187TH JUDICIAL DISTRICT**

§

**ROBERT CARLOS DELCID** § **BEXAR COUNTY, TEXAS**

## WRITTEN DESIGNATION SPECIFYING
## MATTERS FOR INCLUSION IN CLERK'S RECORD

**TO THE CLERK OF SAID COURT:**

Now comes **ROBERT CARLOS DELCID**, Defendant in the above styled and numbered cause, and pursuant to Rule 34.5(a)(12) and 34.5(b), Texas Rules of Appellate Procedure, designates the following matters to be included in the Clerk's Record:

1.     Complaint;

2.     Capias;

3.     Affidavit of indigency;

4.     Correspondence and communication between Court and counsel;

5.     All motions and pleadings filed by the state or the defendant and not otherwise required to be included under Rule 34.5(a), Texas Rules of Appellate Procedure;

6.     All orders issued by Court and not otherwise required to be included under Rule 34.5(a), Texas Rules of Appellate Procedure;

7.     Jury panel lists;

8.     Jury strike lists of the state, the defendant and the Court;

9.     Juror information forms;

10.    All verdict forms submitted to the jury;

11.    Sentence;

1

12. Commitment;

13. Motion for New Trial;

14. Motion in Arrest of Judgment;

15. Communications between Court and jury;

16. Objections to Court's Charge and Special Requested Jury Instructions, and rulings by the Court;

17. Rulings of the Court on all written bills of exception;

18. All exhibits admitted into evidence or shown to the jury, including but not limited to audio and/ or video exhibits;

19. All defense exhibits offered into evidence but not received in evidence;

20. Those items identified in Rule 34.5(a)(1) through (11), Texas Rules of Appellate Procedure, and all other matters required by the Texas Code of Criminal Procedure, or any other law.

Respectfully submitted,

By: _____
DAVID L. MCLANE
SBN: 00795517
MCLANE LAW FIRM
9901 IH-10 W., Suite 695
San Antonio, Texas 78230
Telephone: 210-736-9966
Facsimile: 210-547-7932
dlmclanelaw@yahoo.com

**ATTORNEY FOR DEFENDANT**
**ROBERT CARLOS DELCID**

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Motion has been served by fax transmission (210) 335-2884 on the Bexar County District Attorney, Bexar County Justice Center, San Antonio, Texas on the 5 day of July , 2016.

_____
DAVID L. MCLANE

3